UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>$642,643.71 IN FUNDS FROM WELLS FARGO BANK ACCOUNT '9784,<br><br>　　　　Defendant. | NO.  SACV 17-830-DOC (JCGx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

　　　Plaintiff and claimant Federal Insurance Company have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

1

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES:**

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Federal Insurance Company has filed a claim and would have filed an answer absent this settlement. John Bauche previously filed a claim and answer which have since been withdrawn. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant bank funds.

2. The following shall be returned to Federal Insurance Company:

   a. $642,643.71 plus any interest earned thereon since seizure.

3. Federal Insurance Company has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Federal Insurance Company against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Federal Insurance Company has also waived any

rights it may have to seek remission or mitigation of the forfeiture. Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by Federal Insurance Company or any other party of any liability or wrongdoing.

    4. The Court finds that there was reasonable cause for the seizure of the defendant bank funds pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: October 20, 2021      /s/ David O. Carter
                                             THE HONORABLE DAVID O. CARTER
                                             UNITED STATES DISTRICT JUDGE

Prepared by:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

 /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section